UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICH R. R., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-04738-JRS-TAB |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Order Adopting Report and Recommendation (ECF No. 22)**

On January 22, 2019, Magistrate Judge Tim A. Baker issued his Report and Recommendation on Plaintiff's Request for Remand, finding that the Administrative Law Judge adequately considered Plaintiff's statement under SSR 16-3p and sufficiently analyzed the opinion of Plaintiff's treating physician. (ECF No. 22.) The parties were allowed to file objections under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b); none were filed. Therefore, the Court, having reviewed the Report and Recommendation, the parties' briefs, and the administrative record, including the Administrative Law Judge's decision, now **adopts** the Report and Recommendation. The Court concludes that the ALJ's decision is supported by substantial evidence and should be affirmed. Final judgment will be entered.

Date: 2/22/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov

Hannah Danielle Tuber
SOCIAL SECURITY ADMINISTRATION
hannah.tuber@ssa.gov